USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHANIE SINCLAIR,

                Plaintiff,

     -against-                                  18-cv-0823 (LAK)

AMERICAN MEDIA, INC., et al.,

                Defendants.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       This matter is before the Court on the defendants' motion to dismiss [DI 19] or, in the alternative, to strike certain allegations from the plaintiff's First Amended Complaint ("FAC"). Magistrate Judge Sarah Netburn has rendered a report and recommendation, dated September 7, 2018 (the "R&R"), which recommends denying the motion in its entirety. No objections to the R&R have been filed although the time within which to have done so has expired. Accordingly, the motion to dismiss and to strike is denied.

       SO ORDERED.

Dated:     October 22, 2018

                                                    Lewis A. Kaplan
                                              United States District Judge